COM.

v.

**INGRAHAM, J.**

**1919 MDA 2016**

Superior Court of Pennsylvania.

08/21/2017

CP–06–CR–0002226–2013
CP–06–CR–0002228–2013
CP–06–CR–0002516–2009
(Berks)

Affirmed

COM.

v.

**DOWNWARD, J.**

**2010 MDA 2016**

Superior Court of Pennsylvania.

08/21/2017

CP–36–CR–0005279–2008
(Lancaster)

Affirmed

IN RE: Name Change of: A.G.S.
Appeal of: K.S.

**1993 MDA 2016**

Superior Court of Pennsylvania.

08/21/2017

CI–16–01409
(Lancaster)

Affirmed

COM.

v.

**NOTTINGHAM, J.**

**2084 MDA 2016**

Superior Court of Pennsylvania.

08/21/2017

CP–41–CR–0001190–2015
(Lycoming)

Remanded